FEDERAL MOTORSHIP CORPORATION, Respondent, v. THE ARUNDEL CORPORATION, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover property damage to a motorship resulting by reason of the negligent dredging of the Barge Canal.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ABNER W. GILBERT, Respondent, v. EMMA G. HAMMOND and JANE B. MALEY, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by reason of slipping and falling on the floor at the entrance of a store.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.